# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | DOCKET NO: 3:16cr201 |
| V. | ) | ORDER |
| | ) | |
| FLORENCIO APREZA-GUERRERO | ) | |

This **MATTER** is before the court upon the Government's Consent Motion to Dismiss

The United States Attorney for the Western District of North Carolina moves to dismiss without prejudice the charges against Florencio Apreza-Guerrero in the above-captioned Bill of Indictment, because he has pleaded guilty to a related bill of information in 3:17cr66-FDW.

It is ORDERED that the motion is GRANTED.

Signed: May 17, 2017

Frank D. Whitney
Chief United States District Judge